# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2013

146797

MAUREEN POLANIA,
      Petitioner-Appellant,

v

STATE EMPLOYEES' RETIREMENT
BOARD,
      Respondent-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146797
COA: 308593
Ingham CC: 11-000742-CZ

On order of the Court, the application for leave to appeal the January 29, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2013



Clerk

p1113